**Dismissed and Opinion Filed January 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01631-CV

## IN RE GREYHOUND LINES, INC., FIRST GROUP AMERICA, AND LAVANDA GORDON WASHINGTON, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02505-J**

## MEMORANDUM OPINION
Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Lang

Before the Court is the motion of relators Greyhound Lines, Inc., FirstGroup America, and Lavonda Gordon Washington to withdraw their petition for mandamus in the above captioned proceeding pursuant to which relators advise the court that they have entered a settlement agreement in the action from which this mandamus proceeding arose. The Court **GRANTS** the motion to dismiss. Accordingly, we **DISMISS** relator's petition for writ of mandamus as moot. Tex. R. App. P. 42.1 (a)(2).

131631F.P05

/Douglas S. Lang/
DOUGLAS LANG
JUSTICE